IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 1:98-cr-00019-MMP

ROBERT PETRIE,

    Defendant.
_____/

## ORDER EXONERATING CORPORATE SURETY

This matter is before the Court on Government's Motion to Exonerate Corporate Surety. It is hereby,

**ORDERED AND ADJUDGED:**

That the corporate surety bond posted by American Bankers Insurance Company of Florida posted in the Southern District of Florida for the Defendant on or about September 7, 1998 in the amount of $50,000.00 and transferred to this Court, is exonerated conditioned on the Surety's compliance with this Court's Order of Forfeiture entered in Case No. 1:04cv00073-MMP-AK.

**DONE AND ORDERED** this *11th* day of October, 2005

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge