IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00019-MP-AK

ROBERT PETRIE,

   Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 1473, Verified Petition for Judges Disqualification, filed by Robert Petrie. In his motion, the defendant requests that the undersigned recuse himself from this case. Defendant claims that any delay in the ruling on his motion to vacate under 28 U.S.C. § 2255 is attributable to the undersigned's alleged bias against the defendant. However, defendant's motion is currently proceeding expeditiously before the Magistrate Judge. Furthermore, defendant provides no credible evidence of pervasive or extra-judicial bias that would warrant recusal by the undersigned. Therefore, the undersigned does not believe that his "impartiality might reasonably be questioned" in this matter. See 28 U.S.C. § 455(a). Accordingly, defendant's motion is denied.

**DONE AND ORDERED** this  *23rd* day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge