IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:98-cr-00019-MP-AK

ROBERT PETRIE, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 1534, Motion for Fraud on the Court, filed by David Doud. In his motion, Mr. Doud, a witness for the Government during the prosecution of the defendants in this case, states that the Government has informed him that he has no claim for restitution. Mr. Doud testified at trial that the defendants defrauded him of $50,000.00. Because the Government denied his claim for restitution of this amount, Mr. Doud alleges that the Government is committing fraud on the Court. The Government has filed a response to Mr. Doud's motion, Doc. 1536. In its response, the Government states that it has not denied Mr. Doud's claim, but only requested that Mr. Doud submit documentation to support his claim. The Government advised Mr. Doud that it has not received any receipts, canceled checks, bank statements, or similar records that demonstrated the specific amount lost. Mr. Doud is reminded that it is his burden to demonstrate the specific amount of money lost, and to support this through documentary evidence. Based on this, the Court finds that the Government is not perpetrating fraud on the Court. Accordingly, Mr. Doud's motion is denied.

    **DONE AND ORDERED** this   *13th*   day of November, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge