# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-14897-B**
Case Style: Robert Petrie v. USA
District Court Number: 04-00033 CV-1-MMP (98-00019-CR-1-MMP)

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.

\* Appellant's Motion for Reconsideration is filed as of the date of the enclosed Order.


                                        Sincerely,

                                        THOMAS K. KAHN, Clerk

                                        Reply To: Carolyn Magers (404) 335-6181

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14897-B

_____

```
                             FILED
                       U.S. COURT OF APPEALS
                        ELEVENTH CIRCUIT

                          MAY 1 2 2008

                        THOMAS K. KAHN
                            CLERK
```

ROBERT PETRIE,

                                                           Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                           Respondent-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

ORDER:

    Appellant's motion to file a motion for reconsideration out of time is GRANTED.

                                                           /s/ GERALD BARD TJOFLAT
                                                           UNITED STATES CIRCUIT JUDGE