IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:98cr19-MP-6

ROBERT PETRIE

_____/

## O R D E R

This matter is before the court on the government's Motion for Extension of Time to File Response. (Doc. 1575). On August 20, 2012, the court directed the government to respond to defendant's motion to unseal the transcript of an *in camera* hearing conducted during trial. The government is working diligently to locate witnesses and requests and additional five (5) workdays to respond to defendant's motion.

Accordingly, the government's motion for extension of time is GRANTED. The government's response to defendant's request shall be due on or before September 7, 2012.

**DONE and ORDERED** this 30th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**